CHARLOTTE KRETZ, Respondent, *v.* THE TOWN OF HERKI-
MER et al., Appellants.

(Argued June 2, 1933; decided July 11, 1933.)

*George H. Bunce* for Town of Herkimer, appellant.
*David E. Snyder* for Village of Herkimer, appellant.
*Carl W. Peterson* and *Frank A. Schmidt* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.